Daniel O. Setareh, Esq. – SBN 251448
Dario C. Gomez, Esq. – SBN 322521
SETAREH LAW, APLC
8665 Wilshire Blvd. Suite #302
Beverly Hills, CA 90211
Tel: (310) 659-1826
Fax: (310) 507-7909
Email: daniel@setarehfirm.com
         dario@setarehfirm.com

Attorneys for Plaintiffs
DAVID GHUSAR and SANA BHUMBLA

Renée Welze Livingston, Esq. – SBN 124280
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com

Attorneys for Defendant
PARK 'N SHADE OF TUCSON, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GHUSAR AND SANA BHUMBLA,<br><br>          Plaintiffs,<br><br>     v.<br><br>PARK 'N SHADE OF TUCSON, INC., LUIS HERNANDEZ and DOES 1-10, Inclusive,<br><br>          Defendants. | Case No. 2:22-CV-00398-TLN-JDP<br><br>**STIPULATION AND ORDER TO EXTEND COMPLETION DATE OF FACT DISCOVERY** |

Plaintiffs DAVID GHUSAR and SANA BHUMBLA and Defendant PARK 'N SHADE

OF TUCSON, INC., through their respective counsel, stipulate and respectfully request this

Court to extend the deadlines set forth in the Initial Pre Trial Scheduling Order (Document 2) for

Close of Fact Discovery from December 26, 2022 to February 24, 2023, for Expert Designations

from February 24, 2023 to April 24, 2023, and for Rebuttal Expert Designations from March 27, 2023 to May 26, 2023.

The reasons for this Stipulation are as follows:

1. Defense counsel's 23-year-old daughter was involved in a serious accident in Denver, Colorado on October 6, 2022, sustaining, among other injuries, multiple crushed and broken bones in her face and upper and lower jaw requiring 9+ hour facial reconstruction surgery in Denver on October 10, 2022. This is in addition to fractures of both hands requiring casting. Counsel was out of the office for a month providing 24/7 care to her daughter. This leave of absence from the office occurred during a time when final fact discovery needed to be conducted, including the depositions of the plaintiffs. Counsel for defendant has had ongoing care responsibilities related to this accident in November.

2. Plaintiffs, although still married are no longer living together, which has presented scheduling challenges for in-person depositions. Defense counsel initially requested dates for deposition that had to be moved due to the emergency described above and currently, the depositions are not likely to occur until December or January.

3. Expert designations are dependent on the deposition testimony of plaintiffs and the date for designations is triggered by close of fact discovery in the Initial Pretrial Scheduling Order. Thus, a corresponding request for extension of initial and rebuttal expert designations is requested.

4. The Parties have not previously requested any extensions of time to complete fact or expert discovery or any modifications of the Initial Pretrial Scheduling Order

**SO STIPULATED.**

Dated: December 1, 2022                    SETAREH LAW, APLC

                                           */s/ Daniel O. Setareh*
                                       By_____
                                           Daniel O. Setareh
                                           Attorneys for Plaintiffs
                                           DAVID GHUSAR and SANA BHUMBLA

Dated:  December 1, 2022                         LIVINGSTON LAW FIRM

By  */s/ Renée Welze Livingston*
Renée Welze Livingston
Attorneys for Defendant
PARK 'N SHADE OF TUCSON, INC.

### SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Daniel O. Setareh, counsel for plaintiffs DAVID GHUSAR and SANA BHUMBLA and that I have obtained Mr. Daniel O. Setareh's authorization to affix his electronic signature to this document.

Dated:  December 1, 2022                         LIVINGSTON LAW FIRM

By  */s/ Renée Welze Livingston*
Renée Welze Livingston
Attorneys for Defendant
PARK 'N SHADE OF TUCSON, INC.

### ORDER

The parties stipulate to extend the deadline to complete expert discovery. Good cause appearing, the Court hereby GRANTS the stipulation of the parties and ORDERS as follows:

1. Close of Fact Discovery shall be extended to February 24, 2023.
2. Expert Designations shall be extended to April 24, 2023.
3. Rebuttal Expert Designations shall be extended to May 26, 2023.

**IT IS SO ORDERED.**

Dated: December 1, 2022

Troy L. Nunley
United States District Judge