UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GHUSAR, et al., | No. 2:22-cv-00398-DC-JDP |
| Plaintiffs, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE |
| PARK 'N SHADE OF TUCSON, INC., et al., | |
| Defendants. | (Doc. No. 34) |

On November 21, 2024, the court issued an order to Plaintiff Sana Bhumbla to show cause why she should not be dismissed from this action due to her failure to comply with a court order and failure to prosecute this action. (Doc. No. 33.) On December 5, 2024, Plaintiff Bhumbla filed a response to the court's order. (Doc. No. 34.) In light of that response, the order to show cause is hereby discharged.

In her response, Plaintiff Bhumbla expresses that she has "every intent to proceed," and she will "try to find new counsel." (*Id.* at 2.) However, Plaintiff Bhumbla also expresses that she is "going through a very difficult time in her life," and she "will proceed with the case as soon as [her] mental health get a little better." (*Id.*) Thus, Plaintiff Bhumbla's intentions with regard to this action are not entirely clear. To the extent Plaintiff Bhumbla is requesting that the court stay proceedings of her claims in this action for an indefinite period of time, the court cannot accommodate that request. Over five months have passed since the court granted the withdrawal

of Plaintiff Bhumbla's former counsel in this action on August 5, 2024. (Doc. No. 29.) In that order, the court provided Plaintiff Bhumbla with sixty days to obtain new counsel and found that amount of time to be sufficient for Plaintiff to acquire new counsel to represent her at trial or alternatively prepare to represent herself at trial," which was scheduled for February 3, 2025. (*Id.*; Doc. No. 26.) Although that trial date was vacated by the order reassigning this case to the undersigned on October 10, 2024 (Doc. No. 30), the court will hold a status conference and thereafter reset dates for both the final pretrial conference and trial. Thus, even though there is not currently a trial date scheduled, there is simply no legal basis to indefinitely stay Plaintiff Bhumbla's claims. Consequently, Plaintiff may either proceed in this action by representing herself *pro se*, during which time she can continue her search for new counsel; or, if she is unable to proceed *pro se*, then she shall file a notice of dismissal of her claims brought in this action. In light of the lack of clarity in Plaintiff's response, the court will err on the side of caution and construe Plaintiff's response, for now, as an indication that she will proceed with this action *pro se*. Plaintiff will be directed to file a notice of dismissal within thirty (30) days if she does not intend to proceed *pro se* in this action.

In addition, the court will set this case for a status conference on February 14, 2025 at 1:30 p.m. in Courtroom 8. If Plaintiff Bhumbla intends to proceed in this case, she must appear in person at the February 14, 2025 status conference. Plaintiff Bhumbla's failure to appear at the February 14, 2025 status conference may result in dismissal of her claims due to her failure to prosecute and failure to comply with the court's orders. At the status conference, the parties shall be prepared to discuss their availability for a final pretrial conference and trial, as well as their respective positions regarding whether a further settlement conference would be beneficial.

Accordingly,

1. The court's November 21, 2024 order to show cause is hereby discharged;
2. Plaintiff Bhumbla is proceeding in this action *pro se*;
3. A status conference is hereby set for February 14, 2025 at 1:30 p.m. in Courtroom 8 before District Judge Dena M. Coggins;
4. Plaintiff Bhumbla is cautioned that her failure to appear in person at the February

14, 2025 status conference may result in dismissal of her claims due to her failure to prosecute and failure to comply with the court's orders; and

5. In the alternative, to the extent Plaintiff Bhumbla does not intend to proceed in this action *pro se*, she shall file a notice of dismissal of her claims brought in this action within thirty (30) days from the date of this order.

IT IS SO ORDERED.

Dated:   **December 20, 2024**   _____
Dena Coggins
United States District Judge